**Order issued August 16, 2016**



**In The**

**Court of Appeals**

**For The**

**First District of Texas**

_____

**NO. 01-14-00849-CR**

_____

**ALICIA CORREA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from County Criminal Court at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1922160**

**ORDER**

This Court's opinion and judgment was rendered on May 3, 2016, and the mandate in this case issued on July 15, 2016. Correa now moves to recall the mandate, expressing a desire to seek discretionary review before the Court of Criminal Appeals.

Correa's petition for discretionary review was due 30 days after our judgment was rendered. *See* TEX. R. APP. P. 68.2(a). Correa's counsel represents that he did not receive notice when our opinion issued on May 3, 2016. Thus, though the deadline for doing so has passed, Correa seeks leave to proceed to the Court of Criminal Appeals.

Irrespective of whether the mandate has issued, we have no authority to grant an appellant additional time to file a petition for discretionary review. Authority to enlarge the time for filing a petition for discretionary review rests with the Court of Criminal Appeals. TEX. R. APP. P. 68.2(c); TEX. CODE CRIM. PROC. art. 44.45(d); *see also*

*Rodriguez v. State*, 28 S.W.3d 25, 27 (Tex. App.—Houston [1st Dist.] 2000, order). Accordingly, Correa's motion to recall the mandate is **DENIED**.

It is so **ORDERED.**

/s/ Rebeca Huddle

**Acting Individually**

Do not publish.  Tex. R. App. P. 47.